IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN ANDREW BRICKELL,

      Plaintiff,

v.                                     Case No. 4:16cv185-MW/CAS

OFFICER J. WALLACE,

      Defendant.
_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Plaintiff does not allege that Defendant Wallace let go of him intending for him to fall. Considering the facts in the light most favorable to Plaintiff, as I must, he simply does not state a claim. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Clerk shall note on the docket this

case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall close the file.

**SO ORDERED on June 20, 2016.**

<u>s/Mark E. Walker</u>       ____
**United States District Judge**
